THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HUSKER EQUITY HOLDINGS LLC | § § § § | |
| v. | § § | CIVIL NO. 4:24-CV-00456-SDJ-BD |
| CAPITAL FUND REIT LLC | § § § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #16), that Defendant's Motion to Dismiss, (Dkt. #6), be granted and its Motion for Judgment on the Pleadings, (Dkt. #12), be dismissed as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #6), is **GRANTED**, Plaintiff's Petition is **DISMISSED WITHOUT PREJUDICE**, and the Motion for Judgment on the Pleadings, Dkt. 12, is **DISMISSED AS MOOT**.

1

It is further **ORDERED** that, within 14 days of the docketing of this order, Plaintiff amend its Petition. If it fails to do so, the Petition will be dismissed with prejudice.

**So ORDERED and SIGNED this 3rd day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE